Case 9:15-cv-00497-DNH-TWD   Document 112   Filed 09/19/18   Page 1 of 2



## Other Orders

9:15-cv-00497-DNH-TWD Ulmer v. Dibble, et al.

MOTREF,PRO SE

**U.S. District Court**

**Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.2 (Revision 1.2)]**

### Notice of Electronic Filing

The following transaction was entered on 7/9/2018 at 11:35 AM EDT and filed on 7/9/2018
**Case Name:** Ulmer v. Dibble, et al.
**Case Number:** 9:15-cv-00497-DNH-TWD
**Filer:**
**Document Number:** 110(No document attached)

**Docket Text:**
TEXT ORDER: Court has reviewed docket and notes that plaintiff has failed to file his response to the pending motion for summary judgment (Dkt. No. [108]) by the deadline established by the court and provided to plaintiff. (Dkt. No. 109.) In view of plaintiff's pro se status, deadline for plaintiff to file his response to the motion is extended to 7/27/18 Reply papers, if any, are due on or before 8/3/18. Plaintiff's failure to file any response to the motion may result in the motion being granted since the court will not have the benefit of the plaintiff's response to consider in making its decision. Authorized by Magistrate Judge Therese Wiley Dancks on 7/9/18. (served on plaintiff by regular and certified mail)(Copy served via regular and certified)(alh, )

**9:15-cv-00497-DNH-TWD Notice has been electronically mailed to:**

Christopher J. Hummel   christopher.hummel@ag.ny.gov, bruce.boivin@ag.ny.gov, federal.papers@ag.ny.gov, gregory.rodriguez@ag.ny.gov, james.seaman@ag.ny.gov

**9:15-cv-00497-DNH-TWD Notice has been delivered by other means to:**

Akeem Ulmer
2171 Madison Avenue 4B
New York, NY 10037

[FILED stamp: U.S. DISTRICT COURT - N.D. OF N.Y., JUL -9 2018, Lawrence K. Baerman, Clerk - Syracuse]