UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AKEEM ULMER,

                        Plaintiff,

   -v-                                      9:15-CV-497
                                           (DNH/TWD)

CORRECTIONAL OFFICER DIBBLE, Franklin
Correctional Facility; and SERGEANT
BEDORE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

AKEEM ULMER
Plaintiff pro se
2171 Madison Avenue 4B
New York, NY 10037

HON. LETITIA JAMES                      CHRISTOPHER J. HUMMEL, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Pro se plaintiff Akeem Ulmer brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On November 13, 2018, the Honorable Thérèse Wiley Dancks, United States

Magistrate Judge, advised by Report-Recommendation that defendants' second summary

judgment motion, unopposed by plaintiff, be granted and that plaintiff's third amended complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants Dibble and Bedore's motion for summary judgment is GRANTED WITHOUT PREJUDICE as to plaintiff's failure to exhaust administrative remedies on his Eighth Amendment excessive force and failure to intervene claims;

2. Defendant Bedore's motion for summary judgment on plaintiff's Eighth Amendment claim for excessive force and failure to intervene is GRANTED WITH PREJUDICE;

3. The action is DISMISSED WITHOUT PREJUDICE against all of the Doe defendants; and

4. Plaintiff's third amended complaint is DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 12, 2019
       Utica, New York.